UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

----------------------------------------------------- X
Joel Grunfeld, individually and on behalf of
all others similarly situated,

                      Plaintiff,

- v -

TransUnion, LLC,
U.S. Bank, N.A.,
and John Does 1-25.

                     Defendants.
----------------------------------------------------- X

Civil Action No. 7:19-cv-11781 (KMK)

*Electronically Filed*

**Oral Argument Requested**

### DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S NOTICE OF MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO STAY THE ACTION IN FAVOR OF INDIVIDUAL ARBITRATION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of U.S. Bank National Association's Motion to Dismiss, Or, in the Alternative, to Stay the Action in Favor of Individual Arbitration; the Declaration of Lynne Kreimer and the exhibits attached thereto; and the Declaration of Kenneth M. Kliebard and the exhibits attached thereto, Defendant U.S. Bank National Association, will move this Court, before the Honorable Kenneth M. Karas, in the United States District Court, at the United States District Courthouse for the Southern District of New York, 300 Quarropas Street, Courtroom 521, White Plains, NY 10601, on a date and at a time to be designated by the Court, for an Order dismissing the putative class action claims of Plaintiff, Joel Grunfeld, in favor of arbitration proceedings on an individual basis, or, in the alternative, staying those claims pending the completion of individual arbitration proceedings under Rule 12(b)(1) of the Federal Rules of Civil Procedure.

*The Motion is denied without prejudice for failure to comply with the Court's individual rules. Defendant must file a premotion letter before filing this Motion.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
2/24/20

Dated: February 20, 2020					Respectfully submitted,

/s/ Kenneth M. Kliebard
Kenneth M. Kliebard
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
Tel: (312) 324-1000
Fax: (312) 324-1001
kenneth.kliebard@morganlewis.com

Victoria Peng
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6000
Fax: (212) 309-6001
victoria.peng@morganlewis.com

*Attorneys for Defendant U.S. Bank, N.A.*