UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOEL GRUNFELD,

                Plaintiff,

v.                                                                    ORDER

U.S. BANK, N.A., et al.,                          19-CV-11781 (PMH)

                Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Please be advised that the Pre-Motion Conference scheduled for May 6, 2020 at 10:30 a.m. will be he telephonically. At the time of the scheduled conference, counsel shall call: (888) 398-2342; access code 3456831.

**SO ORDERED.**

Dated: New York, New York
       April 30, 2020

                                                        _____
                                                        Philip M. Halpern
                                                        United States District Judge