UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOEL GRUNFELD,

                Plaintiff,

v.

                                        ORDER

U.S. BANK, N.A., et al.,

                                        19-cv-11781 (PMH)

                Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The parties have informed the Court that they have reached a settlement in principle in this case. Accordingly, it hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

                                          SO ORDERED:

Dated: New York, New York
         June 17, 2020

                                          _____
                                          Philip M. Halpern
                                          United States District Judge